AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of PA

LABORERS' COMBINED FUNDS OF WESTERN PA )
*Plaintiff* )
v. ) Civil Action No. 2:20-cv-1407
JESSIE MAE CONSTRUCTION LLC )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:
Upon consent of the parties', judgment is hereby entered in favor of Plaintiff Laborers' Combined Funds of Western Pennsylvania (the "Funds") and against Defendant Jessie Mae Construction LLC (the "Employer") in the amount of $21,580.98, plus additional interest from February 21, 2020 at the ,rate of one and one-quarter (1 ¼%) percent per month.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Christy Criswell Wiegand   on a motion for _____
Upon consent of the parties

Date:   01/21/2021

*CLERK OF COURT*

/s/ Joungsun Miller

*Signature of Clerk or Deputy Clerk*